| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ryu, Donna M. | 2. Court or Organization<br><br>United States District Court; Northern District of Californi | 3. Date of Report<br><br>5/4/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>United States District Court<br>1301 Clay Street<br>Oakland, CA 94612 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Revocable Trust Agreement re family member's estate |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. July 2002 | University of California Retirement Plan (pension on retirement) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/4/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Section of Labor & Employment Law | March 27-28, 2014 | Palm Springs, CA | Panelist for ABA EEO Midwinter conference | Lodging, meals and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/4/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account - Indv. | | | | | | | | | |
| 2. -Dimensional Funds Investment Grade Bond (DFAPX) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 3. -Dimensional Funds Inestment Grade Bond (DFAPX) | | | | | Sold | 07/29/14 | J | A | |
| 4. -Dimensional Funds Emerging Market (DFEVX) | A | Dividend | J | T | | | | | |
| 5. -Dimensional Funds Int'l Value (DFIVX) | A | Dividend | J | T | Buy | 07/29/14 | J | | |
| 6. -Dimensional Funds US Large Value (DFLVX) | A | Dividend | J | T | Sold (part) | 03/06/14 | J | A | |
| 7. -Dimensional Funds US Large Value (DFLVX) | | | | | Sold (part) | 04/17/14 | J | A | |
| 8. -Dimensional Funds US Large Value (DFLVX) | | | | | Sold (part) | 07/29/14 | J | A | |
| 9. -Dimensional Funds US Large Value (DFLVX) | | | | | Sold (part) | 10/27/14 | J | A | |
| 10. -Dimensional Funds US Small Value (DFSVX) | A | Dividend | J | T | Sold (part) | 07/29/14 | J | A | |
| 11. -Dimensional Funds US Small Value (DFSVX) | | | | | Sold (part) | 10/27/14 | J | A | |
| 12. -Dimensional Funds Int'l Small Value (DISVX) | A | Dividend | J | T | Sold (part) | 07/29/14 | J | A | |
| 13. -Dimensional Funds Inter Term Bond (DFTEX) | A | Int./Div. | J | T | Buy | 07/29/14 | J | | |
| 14. -Dimensional Funds Inter Term Bond (DFTEX) | | | | | Sold (part) | 10/27/14 | J | A | |
| 15. -Money Market Fund (SWSXX) | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Brokerage Account - SEP IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Money Market Fund (SWSXX) | A | Dividend | J | T | | | | | |
| 19. -Dimensional Funds Investment Grade Bond (DFAPX) | A | Dividend | | | Buy | 01/10/14 | J | | |
| 20. -Dimensional Funds Investment Grade Bond (DFAPX) | | | | | Sold | 07/25/14 | L | A | |
| 21. -Dimensional Funds Emerging Market (DFEVX) | B | Dividend | K | T | Buy | 07/25/14 | J | | |
| 22. -Dimensional Funds Int'l Value (DFIVX) | B | Dividend | L | T | Buy | 07/25/14 | K | | |
| 23. -Dimensional Funds US Large Value (DFLVX) | B | Dividend | L | T | Sold (part) | 07/25/14 | L | D | |
| 24. -Dimensional Funds US Small Value (DFSVX) | C | Dividend | L | T | Sold (part) | 07/25/14 | J | A | |
| 25. -Dimensional Funds Int'l Small Value (DISVX) | C | Dividend | L | T | Sold (part) | 07/25/14 | J | A | |
| 26. -Dimensional Funds Int'l Small Value (DISVX) | | | | | Buy | 10/27/14 | J | | |
| 27. -Dimensional Funds Inter Term Bond (DFTEX) | B | Int./Div. | L | T | Buy | 07/25/14 | L | | |
| 28. | | | | | | | | | |
| 29. Brokerage Account - Roth IRA | | | | | | | | | |
| 30. -Money Market Fund (SWSXX) | A | Dividend | J | T | | | | | |
| 31. -Dimensional Funds Global Allocation (DGSIX) | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 32. -Dimensional Funds Selectively Hedged (DSHGX) | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 33. -Dimensional Funds Inter Term Bond (DFTEX) | A | Int./Div. | J | T | Buy | 07/25/14 | J | | |
| 34. -Dimensional Funds Global Equity (DGEIX) | A | Dividend | J | T | Buy | 07/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. University of California CAP | | | | | | | | | |
| 37. -Fixed Account (no selection of funds available) | A | Interest | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. 529 College Savings Plan | | | | | | | | | |
| 40. -Age Based Portfolio - 18 & Over Index | A | Int./Div. | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. Wells Fargo Bank Accounts | A | Int./Div. | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Provident Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. ING Direct Accounts | A | Int./Div. | K | T | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/4/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, and Part VII.

Part I:
Line 1: Trust for the benefit of family member.
-I am not the owner or grantor of the trust, I am solely the co-trustee of a revocable trust created for the benefit of a familty member.
-I am a co-trustee for the convenience of my family member, and I have not received any income through the trust or trust assets. In an abundance of caution, I had previously listed the trust property (my mother's house) in Section VII, but that have since been instructed not to list the house in Section VII, since it is not an investment, and I do not receive any income of any kind from the house or the trust.

PartVII:
Lines 3-37: The University of California Capital Accumulation Provision (CAP) account is a supplemental benefit plan held by the University of California. I have no input in selecting how these funds are invested.

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 5/4/2015 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Donna M. Ryu**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544